UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LA SHAWNDA TRENELL ALLEN,

    Plaintiff,

vs.

VALLEY STATE PRISON FOR WOMEN, et al.,

    Defendants.
_____/

No. C 07-6187 PJH (PR)

**ORDER OF DISMISSAL**

This case was opened on December 6, 2008, when the court received an application to proceed in forma pauperis from plaintiff. On that same day the court notified her that she had not filed a complaint or petition, and that if she did not do so within thirty days the case would be closed. She has not responded.

It appears that this case was opened in error. Leave to proceed in forma pauperis (document number 1 on the docket) is **DENIED**. No fee is due. This case is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 22, 2008.

                      PHYLLIS J. HAMILTON
                      United States District Judge

G:\PRO-SE\PJH\CR.07\ALLEN6187.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA SHAWNDA T. ALLEN et al, | Case Number: CV07-06187 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| VALLEY STATE PRISON et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

La Shawnda Trenell Allen X22493
VSPW
B2-07-30
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: January 22, 2008

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk