UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LA SHAWNDA TRENELL ALLEN,

    Plaintiff,

vs.

VALLEY STATE PRISON FOR WOMEN, et al.,

    Defendants.

No. C 07-6187 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: January 22, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.07\ALLEN6187.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LA SHAWNDA T. ALLEN et al,

    Plaintiff,

v.

VALLEY STATE PRISON et al,

    Defendant.
    _____/

Case Number: CV07-06187 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

La Shawnda Trenell Allen X22493
VSPW
B2-07-30
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: January 22, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk